**CSD 1159A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

KATHRYN M.S. CATHERWOOD (SBN: 149170)
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Ph: (619) 544-7240   Fax: (619) 696-7124
Kcatherwood@grsm.com

Attorneys for Plaintiffs J.W. Mitchell, Inc. and Jerald W. Mitchell

Order Entered on September 4, 2024 by Clerk U.S. Bankruptcy Court Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
DONNA LEE HERNANDEZ
                                                            Debtor.
JORGE I. HERNANDEZ (Case No. 21-03661-JBM7)

BANKRUPTCY NO. 21-03659-JBM7

J.W. MITCHELL, INC., a California corporation and JERALD W. MITCHELL, an individual, and Non-Newtonian Management, LLC
                                                            Movant(s)

RS NO. KMS-1

v.
JORGE I. HERNANDEZ, an individual
                                                            Respondent(s)

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Hon. J. Barrett Marum

## ORDER ON
JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY OF J.W. MITCHELL, INC., JERALD W. MITCHELL, AND NON-NEWTONIAN MANAGEMENT, LLC TO ALLOW DISMISSAL OF DEBTOR FROM PENDING STATE COURT ACTIONS; AND WAIVE 14 DAY STAY OF FRBP 4001

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 363, 364.

//

//

//

//

DATED: September 4, 2024

_____
Judge, United States Bankruptcy Court

//

**CSD 1159A**

**CSD 1159A** [07/01/18] **(Page 2)**
ORDER ON JOINT MOTION FOR RELIEF FROM THE AUTOMATIC STAY
DEBTOR: DONNA LEE HERNANDEZ                               CASE NO: 21-03659-JBM7
                                                          RS NO.: KMS-1

---

The Court, having considered the JOINT MOTION FOR RELIEF FROM AUTOMATIC STAY OF J.W. MITCHELL, INC., JERALD W. MITCHELL, AND NON-NEWTONIAN MANAGEMENT, LLC TO ALLOW DISMISSAL OF DEBTOR FROM PENDING STATE COURT ACTIONS; AND WAIVE 14 DAY STAY OF FRBP 4001 ("Motion") [Dkt. No. 363, 364], and finding that the Motion was served on all parties in interest, and further finding that no party has requested a hearing or filed any opposition to the Motion, and that the time for filing opposition has passed, and good cause appearing, hereby orders as follows:

1. The Motion is granted;

2. J.W. Mitchell, Inc, Jerald W. Mitchell and Non-Newtonian Management LLC shall each have relief from the automatic stay of 11 U.S.C. section 362 to proceed with submitting to the Superior Court of the State of California, County of San Diego ("Superior Court") Requests for Dismissal of defendant Jorge I. Hernandez ("Debtor") and allowing the Superior Court to enter the dismissal of the Debtor from the following cases pending in the Superior Court:

   A. The Collection Action: J.W. Mitchell, Inc. and Jerald W. Mitchell v. Non-Newtonian Management, LLC, A Green Alternative Cooperative, Inc. Jorge I. Hernandez, Zachary Lazarus, David Blair, Douglas Cristofo, Superior Court for the State of California, County of San Diego, Case No. 37-2018-00044419-CU-NP-CTL.

   B. The Nucco Action: Nucco LLC v. Non-Newtonian Management, LLC, et. al.; and related cross actions, Superior Court for the State of California, County of San Diego, Case No. 37-2017-00044499 CU-PT-CTL.

3. The Court further orders that the 14-day stay imposed by Federal Rule of Bankruptcy Procedure ("FRBP") 4001(a)(4), is hereby waived, and this Order shall become immediately effective and enforceable.

IT IS SO ORDERED.

Signed by Judge J Barrett Marum September 4, 2024

**CSD 1159A**