

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**In Re:** Donna Lee Hernandez Debtor;

**Civil Action No.** 25-cv-2164-RSH-DDL

**Appellant:** Donna L. Hernandez;

**JUDGMENT IN A CIVIL CASE**

**Appellee:** Ronald E. Stadtmueller

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED: The Court DISMISSES this appeal. The case is hereby closed.

Date: 10/28/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Nyamanjiva

S. Nyamanjiva, Deputy